**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRY LAMAR MCCOY**                                                **PLAINTIFF**

**v.**                 **Case No. 4:20-cv-00476-LPR-PSH**

**LAFAYETTE WOODS, JR**
**Sheriff, Jefferson County**                                      **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris (Doc. 13). No objections have been filed. After careful review of the Findings and Recommendations, as well as the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Therefore, Mr. McCoy's Motion for Default Judgment (Doc. No. 10) and Motion for Summary Judgment (Doc. No. 12) are DENIED.

IT IS SO ORDERED this 5th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE