# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TERRY LAMAR McCOY**                                                                                  **PETITIONER**

**4:20-cv-00476 LPR/PSH**

**LAFAYETTE WOODS, Jr.,**
**SHERIFF, JEFFERSON COUNTY**                                                                **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the petition for a writ of habeas corpus (and consequently this case) is DISMISSED without prejudice.   A certificate of appealability is DENIED.

IT IS SO ADJUDGED this 2nd day of December, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE